# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON PEET, et al., ) | |
| ) | 4:09CV3021 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BARTON SOLVENTS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the parties' planning conference report pursuant to Fed. R. Civ. P. 26(f) (Filing No. 31). Upon consideration,

**IT IS ORDERED:**

1. The progression of this case will be established following this court's decision on the defendants' motion for summary judgment based on the bulk supplier and sophisticated user doctrines in *Vondra et al. v. Chevron U.S.A., et al.*, 8:07CV85 - Filing No. 206.

2. A telephone conference with the undersigned magistrate judge will be held for the purpose of reviewing the preparation of this case to date and scheduling this case to trial **within ten (10) working days** of the court's resolution of the defendants' motion for summary judgment based on the bulk supplier and sophisticated user doctrines in *Vondra et al. v. Chevron U.S.A., et al.*, 8:07CV85 - Filing No. 206. **Plaintiffs' counsel shall** schedule and initiate the telephone conference.

DATED this 10th day of June, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge