# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON PEET, Personal Representative of the Estate of Ronald Peet, <br><br> RICKLAND ROSENAU, Personal Representative of the Estate of Diane Rosenau, <br><br> Plaintiffs, <br> v. <br><br> BARTON SOLVENTS INC., CHEVRON U.S.A. INC., CITGO PETROLEUM CORPORATION, SHELL CHEMICAL LP, d/b/a SHELL CHEMICAL CO., SHELL OIL CO., UNION OIL COMPANY OF CALIFORIA d/b/a UNOCAL CORP., <br><br> Defendants. | Case: 4:09-cv-03021 <br><br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Upon consideration of plaintiff Sharon Peet's Motion to Dismiss Citgo Petroleum Corporation with Prejudice (Filing No. 51) and plaintiff Rickland Rosenau's Motion to Dismiss Citgo Petroleum Corporation with Prejudice (Filing No. 54), and for good cause shown,

IT IS ORDERED that Citgo Petroleum Corporation is dismissed from this action, with prejudice.

Dated this 30th day of April, 2010.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief District Judge