IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON PEET, Personal Representative of the Estate of Ronald Peet, | Case: 4:09-cv-03021 |
| RICKLAND ROSENAU, Personal Representative of the Estate of Diane Rosenau, | |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| BARTON SOLVENTS INC., CHEVRON U.S.A. INC., SHELL CHEMICAL LP, d/b/a SHELL CHEMICAL CO., SHELL OIL CO., UNION OIL COMPANY OF CALIFORIA d/b/a UNOCAL CORP., | |
| Defendants. | |

Upon consideration of Joint Stipulation For Dismissal With Prejudice (Filing No. 56), it is hereby ORDERED that Defendants**, SHELL CHEMICAL LP; SHELL OIL COMPANY; UNION OIL COMPANY OF CALIFORNIA;** and **CHEVRON U.S.A. INC.,** are dismissed with prejudice.

Dated this 5th day of August, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Court Judge