IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON PEET, Personal Representative of the Estate of Ronald Peet, | CASE NO. 4:09-cv-003021 |
| RICKLAND ROSENAU, Personal Representative of the Estate of Diane Rosenau, | ORDER TO\ DISMISS WITH PREJUDICE |
| Plaintiffs, | |
| vs. | |
| BARTON SOLVENTS, INC., | |
| Defendant. | |

Upon consideration of the Joint Stipulation for Dismissal With Prejudice (Filing No. 59), it is hereby ordered that Defendant, Barton Solvents, Inc., is dismissed with prejudice, each party to pay his, her or its own costs.

Dated this 10th day of September, 2010.

BY THE COURT:

/s Joseph F. Bataillon

_____
Chief District Court Judge